USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/31/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY TRUST FUNDS and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS and ALLIED TRADES NATIONAL PENSION FUND and THE STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK LOCAL UNION NO. 806,

Plaintiffs,

-against-

LIMNES CORP.,

Defendant.

Index No.: 25-CV-03358 (NSR)

DEFAULT JUDGMENT

---

This action having been commenced on April 23, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Limnes Corp. on April 25, 2025, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on April 28, 2025, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($146,141.46), which includes the following: contributions due and owing in the sum of $87,663.78 for the audit period November 1, 2016, through to and including October 31, 2022; interest in the sum of $18,395.92 calculated at 2% above prime per annum from the due date for each delinquent month through December 31, 2022 on the unpaid contributions; liquidated damages in the sum of $17,532.76 calculated at 20% of the principal contribution amount owed; audit costs in the amount of $18,800.00; attorneys' fees in the sum of $3,268.00; plus court

costs and disbursements of this action in the sum of $481.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.                                   SO ORDERED.

Dated: October 31, 2025
White Plains, New York

_____
Hon. Nelson S. Roman
U.S. District Court Judge, S.D.N.Y.